UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES DALTON BELL | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL ACTION NO. C-07-462 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| DEPARTMENT OF JUSTICE | | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO DISMISS PETITION WITHOUT PREJUDICE**

On December 7, 2007, United States Magistrate Judge Brian L. Owsley signed a

Memorandum and Recommendation recommending that petitioner's habeas claim be dismissed

without prejudice.   A copy of the Memorandum and Recommendation was mailed to petitioner

with a card to be returned indicating his receipt of the mailing.  The card has not been returned

by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable.

Therefore, seeing no objection to this recommendation by either party and having now reviewed

the recommendation, this Court hereby adopts as its own the Memorandum and

Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that petitioner's habeas claim is dismissed without prejudice.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 4th day of March, 2008.

_____
Janis Graham Jack
United States District Judge